**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-577**

---

In Re: FELIX D. DIAZ,

                                        Petitioner.

---

On Petition for Writ of Mandamus. (CR-91-322-A)

---

Submitted:  June 19, 1997           Decided:  June 27, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Felix D. Diaz, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Felix Diaz has filed a petition for a writ of mandamus alleging undue delay by the district court in acting upon his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because there has been significant action in the district court since the filing of this petition, we deny leave to proceed in forma pauperis and deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2